Susan T. Bullock, Appellant, v. The Trustees of the Diocese of Albany and Christ Church, Respondents.— Order reversed, with ten dollars costs and disbursements, and the same remitted to the judge who made it for resettlement on the authority of *Southack* v. *Southack* (61 App. Div. 105). All concurred.

Charles C. Conant and Herbert Longendyke, Appellants, v. The American Rubber Tire Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Earle D. Crammond, an Infant, by Elizabeth B. Orr, His Guardian ad Litem, Respondent, v. International Paper Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Dominico De Nallo and Willgott Klingberg, Appellants, v. Village of East Syracuse, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Sarah R. Evers, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, without costs. No opinion.

First National Bank, Rock Springs, Wyoming, Appellant, v. Jerome B. Rice, Respondent, Impleaded with Dexter Mining and Development Company.— Judgment and order unanimously affirmed, with costs. No opinion.

Henry Girard and Arthur Girard, as Administrators, etc., of Charles Girard, Late of the City of Schenectady, Deceased, Appellants, v. George Gregory, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., not voting.

Hannah M. Hall, Appellant, v. William H. Yocum and Mary Yocum, Respondents.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., dissenting.

John Hallinan, Respondent, v. The Village of Homer and the Cortland County Traction Company, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion.

Jacob H. Henderson, Respondent, v. James A. Haynes, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Anna Henry, Respondent, v. Hammond Herrington, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Charles H. Kavanaugh, Who Sues in Behalf of Himself and All Other Stockholders of the Commonwealth Trust Company of New York (Formerly the Trust Company of the Republic), Who Are Situated Similarly with Himself,

----

* See, also, Laws of 1901, chap. 558.— [REP.